UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICCARDO GREEN,

    Plaintiff,

  v.

NORTH SEATTLE COMMUNITY COLLEGE, *et al.*,

    Defendants.

CASE NO. C06-1456C

ORDER

    This matter comes before the Court on Plaintiff's Motion to Seal Documents (Dkt. No. 2). "There is a strong presumption of public access to the court's files and records which may be overcome only on a compelling showing that the public's right of access is outweighed by the interests of the public and the parties in protecting files, records, or documents from public review." Local Rule W.D. Wash. CR 5(g)(1). Plaintiff seeks to have his application to proceed *in forma pauperis* sealed because it purportedly contains sensitive financial information. The Court is not persuaded that the concerns mentioned by Plaintiff outweigh the public's right of access. The IFP application discloses no information that might subject Plaintiff to identity theft (*e.g.*, social security number or account identifiers). Moreover, he offers no basis for concluding that disclosing the identity of his employer in some way compromises him, much less makes the compelling showing necessary to overcome the strong

ORDER – 1

presumption of public access to the Court's files.  Nor does his assertion that opposing counsel "has been monitoring current lawsuits that I have filed with the courts" (Pl.'s Mot. 1) in any fashion justify sealing the documents at issue here.

Accordingly, Plaintiff's Motion to Seal Documents is DENIED.

SO ORDERED this 7th day of December, 2006.

John C. Coughenour
United States District Judge

ORDER – 2